UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LORETTA AZUKA OBI,                          :
              Plaintiff,        :
                                     :        **ORDER**
v.                                          :
                                     :        19 CV 3022 (VB)
WESTCHESTER MEDICAL REGIONAL                :
PHYSICIAN SERVICES, P.C. and                :
MIDHUDSON REGIONAL HOSPITAL,                :
              Defendants.       :
--------------------------------------------------------------x

On August 3, 2020, plaintiff filed a "motion to compel for discovery" and requested the court "interven[e] to resolve apparent discovery disputes." (Doc. #40 at ECF 2). In addition, plaintiff also "request[ed] [] additional discovery time of 60 days." (Id.). Although unclear what discovery deadline plaintiff seeks to extend, it appears plaintiff asks that the Court reschedule a deposition currently scheduled for August 18, 2020.

That same day, defendants filed on the docket "defendants' responses & objections to plaintiff's first set of interrogatories" (Doc. #41) and "defendants' responses and objections to plaintiff's first request for production of documents" (Doc. #42) without any explanation as to why they filed these documents on the docket.

Accordingly, it is HEREBY ORDERED:

1)     The parties shall not file discovery documents unless in connection with a motion or application. See Federal Rules of Civil Procedure 5(d)(1); Local Civil Rule 5.1.

2)     By August 11, 2020, defendants shall respond to plaintiff's motion by a letter, not to exceed 3 pages, at which time the Court will decide how to proceed.

Plaintiff and defense counsel shall comply with Local Civil Rule 26.4, which requires cooperation among counsel in all phases of discovery.  Although this rule governs cooperation among counsel, the spirit of the rule applies equally in cases involving pro se parties.

Dated:  August 4, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge