Copies mailed 9/15/20
Chambers of Judge Davison

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OBI,

                        **Plaintiff,**

- *against* -

WESTCHESTER MEDICAL REGIONAL
PHYSICIAN SERVICES, P.C. ET AL.,
                        **Defendanst.**

**ORDER**

19 Civ. 3022 (VB) (PED)

---

**PAUL E. DAVISON, U.S.M.J.:**

As directed, defense counsel has submitted to the Court, for *in camera* inspection, an unredacted copy of the document (an email exchange) produced to plaintiff in redacted form as Defs0422.

The Court has reviewed the unredacted document. Contrary to plaintiff's suspicion [Dkt. 68, ECF p. 3], the redacted portion of the document does not concern "night differential pay" for plaintiff or anyone else.

Accordingly, the Court **APPROVES** the redaction, on relevance grounds, and **OVERRULES** plaintiff's objection to the redaction.

Dated: September 15, 2020
       White Plains, New York

**SO ORDERED**

Paul E. Davison, U.S.M.J.