```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LORETTA AZUKA OBI,                              :
                Plaintiff,                      :
                                                :       ORDER
v.                                              :
                                                :       19 CV 3022 (VB)
WESTCHESTER MEDICAL REGIONAL                    :
PHYSICIAN SERVICES, P.C. and                    :
MIDHUDSON REGIONAL HOSPITAL,                    :
                Defendants.                     :
--------------------------------------------------------------x
```

As discussed at an on-the-record conference held today, attended by plaintiff and counsel for defendants, it is HEREBY ORDERED:

1. Defendants' motion for summary judgment is due March 20, 2021.

2. Plaintiff's opposition to defendants' motion is due May 20, 2021.

3. Defendants' reply is due June 3, 2021.

In addition, plaintiff may call 212-805-0136 to contact the ECF Help Desk to address her issues receiving emails from ECF.

Dated: January 20, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1