UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LORETTA AZUKA OBI,
           Plaintiff,

v.

WESTCHESTER MEDICAL REGIONAL
PHYSICIAN SERVICES, P.C. and
MIDHUDSON REGIONAL HOSPITAL,
           Defendants.
------------------------------------------------------------x

**ORDER OF DISMISSAL**

19 CV 3022 (VB)



By Order dated May 7, 2021, the Court extended plaintiff's time to oppose the pending motion for summary judgment from May 20, 2021, to June 20, 2021. (Doc. #121). Plaintiff did not file an opposition to the motion for summary judgment.

Instead, by letter dated June 21, 2021, plaintiff requested the Court "dismiss this case in its entirety." (Doc. #122).

Having reviewed the June 21 letter, the Court construes it as a motion to dismiss the case pursuant to Fed. R. Civ. P. 41(a)(2).

Plaintiff's application is GRANTED. The case is dismissed.

All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

The Clerk is instructed to close this case.

Dated: June 28, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge